IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRIAN JAMES ALBERT,<br><br>　　　　Plaintiff,<br>v.<br><br>LINCOLN BANCORP,<br><br>　　　　Defendant. | Case No.: 1:23-CV-04409-SCJ |

**DEFENDANT LINCOLN BANCORP'S EMERGENCY MOTION
TO SEAL COMPLAINT**

Defendant Lincoln Bancorp ("Defendant"), by and through its undersigned counsel, and pursuant to Local Rule 7.2(B), respectfully requests that this Court enter an order (i) sealing the Complaint filed by Plaintiff Brian Albert ("Plaintiff") in this matter and replacing the publicly filed Complaint with a redacted version as set forth in the Memorandum submitted herewith and the proposed redactions in Exhibit A thereto, and (ii) ordering that no party shall file on the public docket any information whose public disclosure is prohibited pursuant to federal or state law, including information of the type redacted in Exhibit A to the Memorandum and any discussion of the fact or substance of such information.

On September 29, 2023, Defendants' counsel contacted Plaintiff via email seeking Plaintiff's agreement to redact and seal the Complaint consistent with Exhibit A to the Memorandum, and requesting that Plaintiff take necessary steps to do so. Plaintiff has not responded as of this filing.

WHEREFORE, Defendant respectfully requests that this Court, on an emergency basis, enter an order (i) sealing the Complaint in this matter consistent with Exhibit A to the enclosed Memorandum and (ii) directing the parties that such legally non-disclosable information must at a minimum be filed under seal and not on the public docket, consistent with the foregoing and the Memorandum.

Date: October 2, 2023

        Respectfully submitted,

        DEFENDANT LINCOLN BANCORP.

        */s/ Jamala McFadden*
        Jamala S. McFadden
        Georgia Bar No. 490959
        The Employment Law Solution
        800 Mt. Vernon Hwy, NE Suite 410
        Atlanta, GA 30328
        jmcfadden@theemploymentlawsolution.com
        Telephone: (678) 424-1380
        Facsimile: (404) 891-6840

Allison N. Powers (*pro hac vice application forthcoming*)
David B. Lurie (*pro hac vice application forthcoming*)
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 W. Madison St., Suite 3900
Chicago, IL 60606
Tel. (312) 984-3100
Fax (312) 984-3150
allison.powers@bfkn.com
david.lurie@bfkn.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| BRIAN JAMES ALBERT, <br><br> Plaintiff, <br><br> v. <br><br> LINCOLN BANCORP, <br><br> Defendant. | Case No.: 1:23-CV-04409-SCJ |

**CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C) and 7.1(D).

This 2nd day of October, 2023.

*/s/ Jamala McFadden*
Jamala S. McFadden
Georgia Bar No. 490959
jmcfadden@theemploymentlawsolution.com

*Counsel for Defendant*

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| BRIAN JAMES ALBERT, <br><br> Plaintiff, <br><br> v. <br><br> LINCOLN BANCORP, <br><br> Defendant. | Case No.: 1:23-CV-04409-SCJ |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 2, 2023, I have filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF system and mailed a copy to Plaintiff at the following address:

Brian J. Albert
316 E Line Street
Calhoun, GA 30701
Balbert0440@yahoo.com

*/s/ Jamala McFadden*
Jamala S. McFadden
Georgia Bar No. 490959
jmcfadden@theemploymentlawsolution.com

*Counsel for Defendant*

5